UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
August 09, 2016
David J. Bradley, Clerk

| | | |
|---|---|---|
| Bridget Stacks, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| *versus* | § § | Civil Action H-16-1179 |
| Viva Life, LLC, | § § § | |
| Defendant. | § | |

## Settlement Management Order

The court will approve the settlement if the attorneys fees, including costs, does not exceed twenty percent of the sum paid by the defendants.

Signed on August 8, 2016, at Houston, Texas.

Lynn N. Hughes
United States District Judge